Irving E. TWITTY, Plaintiff— Appellant,

v.

NATIONWIDE INSURANCE COMPANY; Patricia Dugan, CPCU AiC; Cherylon Dean, Claims Invest; Dennis Gillilan, Claims Manager; Alecia Cornelius, Regulator; Wanda W. Smith; Tijuana L. Crisp; Owner of Jeep Grand Cherokee Jeep; Geoffrey W. Gibbon, Attorney at Law; Grenville D. Morgan, Jr., Attorney at Law; Mr. Judge John C. Few, Circuit Court Judge, Defendants—Appellees.

No. 11–2207.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2012.

Decided: Feb. 27, 2012.

Irving E. Twitty, Appellant pro se.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irving E. Twitty appeals the district court's order accepting the recommenda-

tion of the magistrate judge and dismissing for lack of jurisdiction his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Twitty v. Nationwide Ins. Co.,* No. 6:09–cv–02381–RBH, 2011 WL 5082378 (D.S.C. Oct. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*